U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

**FILED**
**APRIL 9, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**08 C 50061**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                          Case Number:

CENTRAL LABORERS' PENSION FUND
BOARD OF TRUSTEES, et al.,
    v.
CHAD VANDER MEERSCH, individually and d/b/a
VANDER MEERSCH LAWN IMPROVEMENTS

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

All Plaintiffs.

| NAME (Type or print) |
| --- |
| RICHARD A. TOTH |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ *Richard Toth* |
| FIRM |
| DALEY AND GEORGE, LTD. |
| STREET ADDRESS |
| 20 S. CLARK ST., SUITE 400 |
| CITY/STATE/ZIP |
| CHICAGO, IL 60603 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| --- | --- |
| 6226252 | (312) 726-8797 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| --- | --- | --- |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐