# United States District Court for the Northern District of Illinois

Case Number: 08-50061            Assigned/IssuedBy: P6

## FEE INFORMATION

**Amount Due:**  ☐ $350.00    ☐ $39.00    ☐ $5.00
              ☐ IFP        ☐ No Fee    ☐ Other _____

*(For use by Fiscal Department Only)*

Amount Paid: _____        Receipt #: _____

Date Paid: _____          Fiscal Clerk: _____

FILED
APR 10 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## ISSUANCES

**Type Of Issuance:**
- [x] Summons
- [ ] Alias Summons
- [ ] Third Party Summons
- [ ] Lis Pendens
- [ ] Non Wage Garnishment Summons
- [ ] Wage-Deduction Garnishment Summons
- [ ] Citation to Discover Assets
- [ ] Writ _____ (Type of Writ)

Original and ___—___ copies on 4/10/08 as to Defendants
                              (Date)

C:\wpwin80\docket\feeinfo.frm   01/01