UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| CENTRAL LABORERS' PENSION FUND ) <br> BOARD OF TRUSTEES, ) <br> CENTRAL LABORERS' WELFARE FUND ) <br> BOARD OF TRUSTEES, ) <br> CENTRAL LABORERS' ANNUITY FUND ) <br> BOARD OF TRUSTEES, and ) <br> BARRY McANARNEY, ) <br> ) <br> Plaintiffs, ) <br> v.   ) <br> ) <br> CHAD VANDER MEERSCH, individually and d/b/a ) <br> VANDER MEERSCH LAWN IMPROVEMENTS, ) <br> ) <br> Defendant(s). ) | 08 C 50061 <br><br> Judge Reinhard <br><br> Magistrate Judge Mahoney |

**PLAINTIFFS'**
**MOTION FOR CHANGE OF VENUE**

Plaintiffs CENTRAL LABORERS' PENSION FUND BOARD OF TRUSTEES, CENTRAL LABORERS' WELFARE FUND BOARD OF TRUSTEES, CENTRAL LABORERS' ANNUITY FUND BOARD OF TRUSTEES, and BARRY McANARNEY, by and through their attorneys, Daley and George, Ltd., pursuant to 28 U.S.C. § 1404(a), move to transfer venue to the Central District of Illinois, stating as follows:

1. Plaintiffs' complaint was filed on April 9, 2008. This motion is being filed on April 11, 2008. Defendant has not yet been served with process but is being provided with a copy of the complaint (accompanying this motion).

2. Defendant resides in Bureau County, Illinois, which is in the Central District of Illinois. Plaintiffs' primary office is located outside the Northern District of Illinois.

3. Plaintiffs inadvertently filed this action in the Northern District of Illinois, whereas venue is proper in the Central District of Illinois. (The Clerk's Office for the Northern District of Illinois discovered the error and so advised Plaintiffs.)

4.	The granting of this motion will not inconvenience or prejudice any party to this proceeding, in that a transfer will achieve proper venue based on Defendant's own residence. This motion is made soley to achieve proper venue and is not made for any improper purpose.

5.	Plaintiffs' attorney is admitted to practice in the Central District of Illinois.

Wherefore, Plaintiffs respectfully request that this court transfer the case to its proper venue in the Central District of Illinois.

	Respectfully submitted,
	CENTRAL LABORERS' PENSION FUND BOARD OF
	TRUSTEES, CENTRAL LABORERS' WELFARE FUND
	BOARD OF TRUSTEES, CENTRAL LABORERS' ANNUITY
	FUND BOARD OF TRUSTEES, and BARRY McANARNEY

By:	*/s/ Richard Toth*

	One of Their Attorneys

DALEY AND GEORGE, LTD.
20 S. Clark St., Suite 400
Chicago, Illinois  60603
(312) 726-8797