UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| CENTRAL LABORERS' PENSION FUND BOARD OF TRUSTEES, CENTRAL LABORERS' WELFARE FUND BOARD OF TRUSTEES, CENTRAL LABORERS' ANNUITY FUND BOARD OF TRUSTEES, and BARRY McANARNEY,<br><br>Plaintiffs,<br><br>v.<br><br>CHAD VANDER MEERSCH, individually and d/b/a VANDER MEERSCH LAWN IMPROVEMENTS,<br><br>Defendant(s). | 08 C 50061<br><br>Judge Reinhard<br><br>Magistrate Judge Mahoney |

### NOTICE OF MOTION

To:

Chad Vander Meersch
30945 1800 North Ave.
Spring Valley, IL  61362

Chad Vander Meersch
35406 1700 North Ave.
Arlington, IL  61312-9101

PLEASE TAKE NOTICE that on April 16, 2008, at 1:30 p.m., or as soon thereafter as counsel may be heard, I shall appear before Magistrate Judge P. Michael Mahoney, or any judge sitting in his stead, in the courtroom usually occupied by him in Courtroom 204 of the Federal Courthouse, 211 S. Court St., Rockford, Illinois, and present Plaintiff's *Motion for Change of Venue* and Plaintiff's *Complaint*, copies of which are attached and served upon you.

_____
Attorney for Plaintiffs

### AFFIDAVIT OF SERVICE

The undersigned, an attorney, certifies that he served a copy of Plaintiff's attached motion for default to the above individuals mailing said document(s) via first class mail before the hour of 5:00 p.m. on April 11, 2008, from the U.S. mail depository at 20 S. Clark St., Chicago, Illinois, with proper postage prepaid.

_____
Attorney for Plaintiffs

DALEY AND GEORGE, LTD.
*Attorneys for Plaintiffs*
20 S. Clark St., Suite 400
Chicago, Illinois  60603
(312) 726-8797