UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
Western Division

Central Laborers' Pension Fund Board of Trustees, et al.

                Plaintiff,

v.   Case No.: 3:08−cv−50061
    Honorable Philip G. Reinhard

Chad Vander Meersch

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, April 16, 2008:

    MINUTE entry before Judge Honorable P. Michael Mahoney: It is the Report and Recommendation of the Magistrate Judge that the District Court Grant Plaintiff's Motion for change of venue [6]. Parties are given ten days from service of this order, as calculated under Rule 6 to file objections with Judge Kapala, pursuant to FRCP 72. Objections need not be presented as stated in LR.5.3.Mailed notice(glg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.