## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Philip G. Reinhard | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 50061 | **DATE** | 5/1/2008 |
| **CASE TITLE** | Central Laborers' Pension Fund, et al vs. Vander Meesch | | |

**DOCKET ENTRY TEXT:**

The magistrate judge filed a report and recommendation that plaintiffs' motion to transfer this case pursuant to 28 U.S.C. § 1404 (a) to the Central District of Illinois be granted. No objection has been filed. Defendant is alleged to reside in Bureau County which is in the Central District of Illinois. Plaintiff inadvertently filed this action in this court and wishes to transfer it to the district where it should properly have been brought. In the absence of any objection by defendant, the court accepts the report and recommendation of the magistrate judge. This case is transferred to the United States District Court for the Central District of Illinois.

*Philip G. Reinhard*

Electronic Notices

| | Courtroom Deputy Initials: | \sec |
|---|---|---|