

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
211 SOUTH COURT STREET
ROCKFORD, ILLINOIS 61101

**MICHAEL W. DOBBINS**
CLERK

815-987-4354

May 2, 2008

United States District Court/ ILCD

309 U.S. Courthouse
100 N.E. Monroe Street
Peoria IL 61602

RE:   Central Laborers' Pension Fund Board of Trustees et al v. Vander Meersch

Our Case Number: 08-cv-50061

Enclosed is the certified record which is being transferred to your court pursuant to an order entered by Judge Reinhard. Enclosed is a certified copy of the transfer order and docket sheet.

As of January 18, 2005 for civil and criminal cases, our court uses electronic case filing. You may access our electronic case file and print copies of electronically filed documents by following the procedures on the attached Instruction Sheet. You will need Adobe Acrobat reader loaded on your computer in order to view the documents. If you are an electronic court, you may upload the documents. All documents filed prior to electronic filing are included in this transfer package.  (January 18, 2005 for civil and criminal cases)

Please **DO NOT MAKE THE ENCLOSED INSTRUCTION SHEET A PART OF THE OFFICIAL RECORD** as it contains your login and password to our system. This login and password should not be shared with anyone other than federal court personnel who would have a need to access our electronic case file system.

Please acknowledge receipt on the enclosed copy of this letter.

Sincerely yours,

Michael W. Dobbins, Clerk

By: Jennifer Titak, Deputy Clerk

Enclosures

New Case No. _____     Date _____