# FILED

MAY 07 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

USDC / ILCD
309 U.S. Courthouse
100 N.E. Monroe St.
Peoria, IL 61602

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _[signature]_   ☐ Agent   ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
Tirelia    5/5/08

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
7002 0510 0000 6469 3568

PS Form 3811, August 2001   Domestic Return Receipt   102595-02-M-1540

08 C 50061



**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
211 SOUTH COURT STREET
ROCKFORD, ILLINOIS 61101

**MICHAEL W. DOBBINS**
CLERK

815-987-4354

May 2, 2008

F I L E D

MAY 0 7 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

FILED

MAY − 5 2008

CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

United States District Court/ ILCD
309 U.S. Courthouse
100 N.E. Monroe Street
Peoria IL 61602

RE:   Central Laborers' Pension Fund Board of Trustees et al v. Vander Meersch
      Our Case Number: 08-cv-50061

Enclosed is the certified record which is being transferred to your court pursuant to an order entered by Judge Reinhard. Enclosed is a certified copy of the transfer order and docket sheet.

As of January 18, 2005 for civil and criminal cases, our court uses electronic case filing. You may access our electronic case file and print copies of electronically filed documents by following the procedures on the attached Instruction Sheet. You will need Adobe Acrobat reader loaded on your computer in order to view the documents. If you are an electronic court, you may upload the documents. All documents filed prior to electronic filing are included in this transfer package.   (January 18, 2005 for civil and criminal cases)

Please **DO NOT MAKE THE ENCLOSED INSTRUCTION SHEET A PART OF THE OFFICIAL RECORD** as it contains your login and password to our system. This login and password should not be shared with anyone other than federal court personnel who would have a need to access our electronic case file system.

Please acknowledge receipt on the enclosed copy of this letter.

Sincerely yours,

Michael W. Dobbins, Clerk

**COPY**

By:   Jennifer Titak, Deputy Clerk

Enclosures
New Case No. ___08-1104___        Date ___5/5/8___